**SEALED**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 0 6 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| FACEBOOK USER ID ) | Crim. No. 3:17-MJ-00054 |
| DANIEL.B.BORDEN THAT IS STORED ) | |
| AT PREMISES CONTROLLED BY ) | |
| FACEBOOK, INC. ) | **FILED UNDER SEAL** |

## MOTION TO SEAL

COMES NOW the United States of America through its attorney and request that the Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit, the Inventory Return, this Motion to Seal, and Order to Seal remain under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2. The government requests that the documents remain under seal by this Court until return of the indictment.

Respectfully submitted,
RICK A. MOUNTCASTLE
Acting United States Attorney

/s/ Ronald M. Huber
Ronald M. Huber
Assistant United States Attorney

Date:  11/02/2017